**07 CV 6404**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CURVES INTERNATIONAL, INC., :
  a Texas corporation, :
 :
        Plaintiff, :
 :
      v. : C.A. No.
 :
STEPHANIE O'CALLAGHAN, :
  a Resident of New York, :
 :
        Defendant. :
 :
-----------------------------------------------------------x

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO LOCAL CIVIL RULE 7.1.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Plaintiff Curves International, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                    Respectfully submitted,

By: _____
    Ronald D. Degen, Esq. (RD 7808)
    Scott G. Goldfinger, Esq. (SG 9219)
    O'ROURKE & DEGEN, PLLC
    225 Broadway, Suite 715
    New York, New York 10007
    Telephone: (212) 227-4530
    Facsimile: (212) 385-9813
    E-mail: rdegen@odlegal.com

                    Eric L. Yaffe (EY 0368)
Jimmy Chatsuthiphan (JC 3111)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:  (202) 295-2200
Facsimile:  (202) 295-2250

Attorneys for Plaintiff
Dated: July 13, 2007        Curves International, Inc.