UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CURVES INTERNATIONAL, INC.,  :
  a Texas corporation,  :  **Electronically Filed**
  :
      Plaintiff,  :
  :
    v.  :  C.A. No.07-CV-6404 (CLB)
  :
STEPHANIE O'CALLAGHAN,  :
  a Resident of New York,  :
  :
      Defendant.  :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

     I hereby certify under penalty of perjury that on July 14, 2007 at 1:00 P.M. at 11 Glengary Road, Croton on Hudson, New York, I served the summons and complaint, together with the Rules of Judge Charles L. Brieant, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant STEPHANIE O'CALLAGHAN** by delivering a true copy of each to **KIM O'CALLAGHAN**, a person of suitable age and discretion.  Said premises is Defendant's actual residence.

     On July 16, 2007 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 11 Glengary Road, Croton on Hudson, New York 10520 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State

     The person served was a female, white, brown hair, 5'2", 30 years old, 130 pounds, wearing eye glasses..

                                                                            _____
                                                                            **RALPH ADDONIZIO**

Sworn to before me this

16th day of July, 2007.

        **IRIS PESKIN**
  **Notary** Public, State of New York
      No. 01PE6151942
   Qualified in Nassau County
**Commission Expires August 28,** _____