# About Curves...

*No Drugs! No "Passive" Exercise!*

*No Gimmicks!*

*Just Fast • Fun • Fitness*

*We're the fastest growing fitness franchise in America!*

*Curves is the first to...*

- *Create a 30 minute total workout!*
- *Bring quality women's fitness to small town America!*
- *Provide a women's strength training program to raise metabolism and protect muscles!*
- *Offer weight loss guidance and exercise – same place, one price!*
- *Offer affordable monthly dues...*




## HOURS

**Larchmont**
Monday through Thursday
6:30 am - 1:30 pm & 3:15 - 8 pm
Friday: 6:30 am – 1:30 pm & 3:15 – 7pm
Saturday: 7:30 am–1:30 pm

**~~White Plains~~**
~~Monday through Thursday~~
~~7 am – 1:30 pm & 3:15 – 8 pm~~
~~Friday: 7 am – 1:30 pm & 3:15 – 7 pm~~
~~Saturday: 8 am –12:30 pm~~

**Rye Brook**
**Ardsley**
**Darien**
**Greenwich**
Monday through Thursday
6:30 ~~7 am~~-1:30 pm & 3:15 - 8 pm
6:30 Friday: ~~7 am~~ – 1:30 pm & 3:15 – 7 pm
Saturday: 7:30 am – 1:30 pm

Hours subject to change




*"30 Minute Fitness & Weight Loss Centers."*

**Curves** FOR WOMEN®
"30 Minute Fitness & Weight Loss Centers"

**LARCHMONT**
2098 Boston Post Road
833-3939

**RYE BROOK**
5 Rye Ridge Plaza
690-0100

~~**WHITE PLAINS**~~
~~207 East Post Road~~
~~328-3555~~

**ARDSLEY**
875 Saw Mill River Road
674-4200

**DARIEN**
876 Boston Post Road
(203) 655-0100

**GREENWICH**
37 West Putnam Avenue
(203) 661-2700

***Join Now!!!!***

***Ask about our Specials!***



## Why the Quickfit System from Curves?

It's so fast you can work it into your busy schedule. You will receive a complete workout of cardio and strength training in Only 30 minutes. Our breakthrough Quickfit aerobic exercise circuit, employing cutting-edge hydraulic resistance, is the key to permanently losing unwanted body fat.

## It's Fun

Music makes your workout fun. You won't get bored because you have to move to a different exercise every 35 seconds. At the end of 30 minutes, you will have performed a minimum of three sets of strength training exercises on every major muscle group, kept your target heart rate and burned up to 500 calories.



## A Facility for Women Only

Curves for Women is exclusively for women.

## It's Extremely Safe

Hydraulic resistance is much like aquatic exercise, only the fluid and movement is more controlled. Safe, accommodating resistance keeps you moving smoothly and safely around the Quickfit Circuit, without injury-inducing traumatic impacts.

## It's Simple

Even the least athletic lady can follow this program. We teach you uncomplicated workout activities in just a few minutes. There are no weight stacks to manage, no techniques to master or complete routines to memorize.

## The First 30 Minute Workout

To be effective, a workout requires 5 exercise components. Our Quickfit Circuit gets you through all five in 30 minutes.

★ Warm up

★ Cool down

★ At least 20 minutes of sustained target heart rate

★ Strength training on all major muscle groups

★ Stretching for elasticity

## The First Training Program Designed for Overweight Women

You start at a level of intensity and pace that is appropriate for your current level of fitness.

★ Equipment fits your body

★ No exercise experience is necessary

★ Very safe with almost no soreness

★ Lasts only 30 minutes



## Safe for Older Members

★ Uncomplicated exercises

★ Raises metabolism

★ Strong muscles

★ Takes stress off bones and joints

★ Exercise at your own level

## Challenging

**Professional athletes use hydraulic resistance because it increases power, not just strength and does not cause micro tears of the muscle.**




EMPIRE STATE BUILDERS

& Contractors, Inc.

For All Your Remodeling Needs

VINYL SIDING • ROOFING • REPLACEMENT WINDOWS

ADDITIONS/EXTENSIONS