UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| CURVES INTERNATIONAL, INC., : | |
|   a Texas corporation, : | **Electronically Filed** |
| : | |
|           Plaintiff, : | |
| : | |
|           v.       : | C.A. No.07-CV-6404 (CLB) |
| : | |
| STEPHANIE O'CALLAGHAN, : | |
|   a Resident of New York, : | |
| : | |
|           Defendant. : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty perjury, that on July 18, 2007 a copy of Plaintiffs' Order to Show Cause, Certification Pursuant to Local Rule 6.1(d), Memorandum of Law and Certifications and Exhibits were served this date by overnight carrier for next business day delivery addressed to each of the following:

    Ms. Stephanie O'Callaghan
    11 Glengary Road
    Croton on Hudson, New York 10520

    Ms. Stephanie O'Callaghan
    c/o Curves
    875 Saw Mill River Road
    Ardsley, New York 10502

Dated: July 18, 2007

                                                 /s/ Kristin M. Lasher
                                               KRISTIN M. LASHER (KL 0614)