*[handwritten: fee paid $25.00 F 615703]*

*[stamp: FILED U.S. DISTRICT COURT S.D. OF N.Y.W.P. 2007 JUL 24 P 2:1]*

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
CURVES INTERNATIONAL, INC.,                          :
   a Texas corporation,                              :
                                                     :
                 Plaintiff,                          :
                                                     :
          v.                                         :   C.A. No. 07-CV-6404 (CLB)
                                                     :
STEPHANIE O'CALLAGHAN,                               :   NOTICE OF MOTION TO ADMIT
   a Resident of New York,                           :   COUNSEL PRO HAC VICE
                                                     :
                 Defendant.                          :
-----------------------------------------------------x
```

PLEASE TAKE NOTICE that upon the annexed certification of Jimmy Chatsuthiphan in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York for an Order allowing the admission of Jimmy Chatsuthiphan, an attorney with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

Dated: July **23**, 2007

*[signature: Ronald D. Degen]*

Ronald Degen (RD 7808)
Scott Goldfinger (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone:    (212) 227-4530
Facsimile:    (212) 385-9813

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

CURVES INTERNATIONAL, INC.,        :
  a Texas corporation,                :
                                    :
          Plaintiff,              :
                                    :
          v.                    :     C.A. No. 07-CV-6404 (CLB)
                                    :
STEPHANIE O'CALLAGHAN,        :     **CERTIFICATION OF JIMMY**
  a Resident of New York,          :     **CHATSUTHIPHAN IN SUPPORT**
                                    :     **OF MOTION TO ADMIT PRO**
          Defendant.          :     **HAC VICE**
-------------------------------------------------------x

JIMMY CHATSUTHIPHAN, hereby certifies the following:

1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Maryland, and an Associate with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C. 20037.

2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

3.     I have never been held in contempt of court.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Jimmy Chatsuthiphan

Dated: July ___, 2007

4



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JIMMY CHATSUTHIPHAN

was on the    6TH    day of    JUNE, 2005

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July
19, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 23, 2007 I served Plaintiffs' Motion for Admission *Pro Hac Vice* for Jimmy Chatsuthiphan, supporting papers and proposed Order by first class mail in a postpaid wrapper addressed to each of the following:

Ms. Stephanie O'Callaghan
11 Glengary Road
Croton on Hudson, New York 10520

**IRIS PESKIN**

Sworn to before me this

23rd day of July, 2007.

RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, _2011_