UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CURVES INTERNATIONAL, INC., :
  a Texas corporation, :
 :
       Plaintiff, :
 :
    v. : C.A. No. 07-CV-6404 (CLB)
 :
STEPHANIE O'CALLAGHAN, : NOTICE OF MOTION TO ADMIT
  a Resident of New York, : COUNSEL PRO HAC VICE
 :
       Defendant. :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed certification of Eric L. Yaffe in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York for an Order allowing the admission of Eric L. Yaffe, an attorney with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                              Respectfully submitted,

Dated: July 23, 2007

                                              Ronald Degen (RD 7808)
                                              Scott Goldfinger (SC 9219)
                                              O'ROURKE & DEGEN, PLLC
                                              225 Broadway, Suite 715
                                              New York, NY 10007
                                              Telephone:   (212) 227-4530
                                              Facsimile:    (212) 385-9813

                                              Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
CURVES INTERNATIONAL, INC.,    :
  a Texas corporation,    :
                              Plaintiff,    :
                      v.    :    C.A. No. 07-CV-6404 (CLB)

STEPHANIE O'CALLAGHAN,    :  **CERTIFICATION OF ERIC L.**
  a Resident of New York,    :  **YAFFE IN SUPPORT OF**
                                 Defendant.    :  **MOTION TO ADMIT PRO HAC VICE**
-----------------------------------------------------------x

      ERIC L. YAFFE, hereby certifies the following:

      1.    I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Maryland, and a Principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C. 20037.

      2.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

      3.    I have never been held in contempt of court.

      4.    There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.    I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

      6.    I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate <u>pro hac vice</u> in this one case.

_____
Eric L. Yaffe

Dated: July 20, 2007



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ERIC L. YAFFE

was on the 5TH day of NOVEMBER, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 19, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 23, 2007 I served Plaintiffs' Motion for Admission *Pro Hac Vice* for Eric L. Yaffe, supporting papers and proposed Order by first class mail in a postpaid wrapper addressed to each of the following:

Ms. Stephanie O'Callaghan
11 Glengary Road
Croton on Hudson, New York 10520

**IRIS PESKIN**

Sworn to before me this

23rd day of July, 2007.

RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, 2011