**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

CURVES INTERNATIONAL, INC.,
  a Texas corporation,

        Plaintiff,

      v.

STEPHANIE O'CALLAGHAN,
  a Resident of New York,

        Defendant.

-------------------------------------------------------x

C.A. No. 07-CV-6404 (CLB)

*ORDER*
~~MOTION~~ TO ADMIT COUNSEL
PRO HAC VICE

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted. The admitted attorney, Jimmy Chatsuthiphan, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: July  26, 2007

                                 _____
                                 United States District Judge

cc:   <u>Pro Hac Vice Attorney</u>
       Court File

MICROFILM

JUL 2 6 2007

USDC SDNY WP