**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

CURVES INTERNATIONAL, INC.,
  a Texas corporation,

       Plaintiff,

     v.

STEPHANIE O'CALLAGHAN,
  a Resident of New York,

       Defendant.

-------------------------------------------------------x

C.A. No. 07-CV-6404 (CLB)

*ORDER*

~~MOTION~~ TO ADMIT COUNSEL
PRO HAC VICE

U.S. DISTRICT COURT
JUL 2 6 2007
W.P.
S.D. OF N.Y.

The motion for admission to practice <u>pro hac vice</u> in the above captioned ~~matter is granted~~.
The admitted attorney, Eric L. Yaffe, is permitted to argue or try this particular case in whole or
in part as counsel or advocate.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee
and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail,
return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's
docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the
roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this
case.

Dated: July _____, 2007

_____
United States District Judge

cc:  <u>Pro Hac Vice Attorney</u>
    <u>Court File</u>

MICROFILM

JUL 2 6 2007

USDC SDNY WP