**MEMO ENDORSED**

**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

FAX 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

July 25, 2007

*[Handwritten endorsement in left margin:]* Motion for Order to Show Cause (Doc. No. 4) is withdrawn. SO ORDERED. Charles Brieant USDJ

*[Handwritten note at bottom left:]* Motion withdrawn Brieant July 25, 2007

BY TELEFAX

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  Curves International, Inc. v.
     Stephanie O'Callaghan
     Case No. 07-CV-6404 (CLB)

Dear Judge Brieant:

My office represents Plaintiff Curves International, Inc. in the above action. Plaintiff's motion by order to show cause is scheduled to appear on Your Honor's calendar **on Thursday, July 26, 2007, at 9:00 A.M.** Earlier today I requested an adjournment of the motion. I hereby withdraw that request and the motion, subject to Your Honor's approval.

Very truly yours,

*[signature]*
RONALD D. DEGEN

RDD:ip
cc: Ms. Stephanie O'Callaghan (via e-mail)