**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

Fax 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

September 6, 2007

BY FIRST CLASS MAIL AND E-MAIL

Ms. Stephanie O'Callaghan
11 Glengary Road
Croton on Hudson, New York 10520

Ms. Stephanie O'Callaghan
d/b/a Curves
875 Saw Mill River Road
Ardsley, New York 10502

Re: *Curves International, Inc. v. Stephanie O'Callaghan*
Case No. 07-CV-6404 (CLB)

Dear Ms. O'Callaghan:

Please be advised that Judge Charles L. Brieant scheduled a conference for **Friday, September 21, 2007, at 11:00 A.M.** at the following location:

U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Very truly yours,

RONALD D. DEGEN

RDD:rg
cc: Honorable Charles L. Brieant (via fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```