UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CURVES INTERNATIONAL, INC., :
  a Texas corporation, :
 :
 :
       Plaintiff, :
 :
 :
    v. :  C.A. No. 07-CV-6404 (CLB)
 :
 :
STEPHANIE O'CALLAGHAN, :
  a Resident of New York, :
 :
 :
       Defendant. :
---------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CURVES INTERNATIONAL, INC., by its attorneys, O'ROURKE & DEGEN, PLLC, hereby voluntarily give notice of the dismissal, without prejudice, of this action.

                                 Respectfully submitted,

                                 *Ronald D. Degen*
                                 Ronald D. Degen, Esq. (RD 7808)
                                 Scott G. Goldfinger, Esq. (SG 9219)
                                 O'ROURKE & DEGEN, PLLC
                                 225 Broadway, Suite 715
                                 New York, New York 10007
                                 Telephone: (212) 227-4530
                                 Facsimile: (212) 385-9813

                                 Eric L. Yaffe (EY 0368)
                                 Jimmy Chatsuthiphan (JC 3111)
                                 GRAY, PLANT, MOOTY, MOOTY
                                   & BENNETT, P.A.
                                 2600 Virginia Avenue, N.W.
                                 Suite 1111

Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Attorneys for Plaintiff
Curves International, Inc.

Dated: September 18, 2007

SO ORDERED:

*(signature)*
_____
**UNITED STATES DISTRICT JUDGE**

Date: September 19, 2007
White Plains, NY

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on September 18, 2007 a copy of the Notice of Dismissal was sent this date by regular mail addressed to each of the following:

Stephanie O'Callaghan
11 Glengary Road
Croton-on-Hudson, New York 10520

*Ronald D. Degen*
RONALD D. DEGEN (RD 7808)